FILED 15 OCT '25 15:50 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNDER SEAL

UNITED STATES OF AMERICA

v.

BRANDON PINTO-RUIZ,

Defendant.

3:25-cr-00417-SI

INDICTMENT

18 U.S.C. § 371
18 U.S.C. §§ 922(a)(6) and 924(a)(2)
18 U.S.C. § 2
18 U.S.C. § 1344

Forfeiture Allegations

UNDER SEAL

THE GRAND JURY CHARGES:

COUNT 1
(Conspiracy to Make False Statements in Connection with Acquisition of Firearms)
(18 U.S.C. §§ 371, 922(a)(6) and 924(a)(2))

Beginning on a date unknown and continuing until January 26, 2024, in the District of Oregon, defendant **BRANDON PINTO-RUIZ**, did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit offenses against the United States, that is: to knowingly make false and fictitious statements to federally licensed firearm dealers as to a fact material to the lawfulness of such sale of the of the said firearm under Chapter 44, Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Overt Acts

All factual allegations set forth in Count 2 and Count 9 of this Indictment are hereby incorporated by reference and re-alleged as overt acts in furtherance of the conspiracy alleged in Count 1.

In violation of Title 18, United States Code, Section 371.

## COUNT 2
**(False Statement During Purchase of a Firearm)**
**(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)**

On or about October 7, 2023, in the District of Oregon, defendant **BRANDON PINTO-RUIZ,** in connection with the acquisition of firearms, to-wit: a Glock 26, serial number BBGE565 and a Glock 21, serial number AHEF918, from FFL 1, a licensed firearms dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, defendant did aid and abet another person to knowingly make a false and fictitious statement to FFL 1, which statement was intended to deceive FFL 1, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that an unindicted co-conspirator represented she was the actual buyer of said firearms.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT 3
**(False Statement During Purchase of a Firearm)**
**(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)**

On or about October 9, 2023, in the District of Oregon, defendant **BRANDON PINTO-RUIZ,** in connection with the acquisition of firearms, to-wit: a Glock 17, serial number GCT399 and a Glock 22, serial number G143679, from FFL 1, a licensed firearms dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, defendant did aid and abet another person to knowingly make a false and fictitious statement to FFL 1, which statement was

intended to deceive FFL 1, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that an unindicted co-conspirator represented she was the actual buyer of said firearms.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT 4**
**(False Statement During Purchase of a Firearm)**
**(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)**

On or about October 23, 2023, in the District of Oregon, defendant **BRANDON PINTO-RUIZ,** in connection with the acquisition of firearms, to-wit: a Glock 17, serial number BACH204, and a Glock 30, serial number BCLR574, from FFL 1, a licensed firearms dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, defendant did aid and abet another person to knowingly make a false and fictitious statement to FFL 1, which statement was intended to deceive FFL 1, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that an unindicted co-conspirator represented she was the actual buyer of said firearms.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT 5**
**(False Statement During Purchase of a Firearm)**
**(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)**

On or about October 27, 2023, in the District of Oregon, defendant **BRANDON PINTO-RUIZ,** in connection with the acquisition of firearms, to-wit: a Glock 19, serial number AHDH588, a Glock 23, serial number BZVH961, a Glock 21, serial number AHMZ778, and a Glock 29, serial number FDW556, from FFL 2, a licensed firearms dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, defendant did aid and abet another person to knowingly make a false and fictitious statement to FFL 2, which statement was intended to

deceive FFL 2, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that an unindicted co-conspirator represented she was the actual buyer of said firearms.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT 6**
**(False Statement During Purchase of a Firearm)**
**(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)**

On or about November 2, 2023, in the District of Oregon, defendant **BRANDON PINTO-RUIZ,** in connection with the acquisition of firearms, to-wit: a Smith & Wesson 380 Body Guard, serial number ECE6387, from FFL 1, a licensed firearms dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, defendant did aid and abet another person to knowingly make a false and fictitious statement to FFL 1, which statement was intended to deceive FFL 1, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that an unindicted co-conspirator represented she was the actual buyer of said firearms.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT 7**
**(False Statement During Purchase of a Firearm)**
**(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)**

On or about November 22, 2023, in the District of Oregon, defendant **BRANDON PINTO-RUIZ,** in connection with the acquisition of firearms, to-wit: a Glock 19, serial number BYUM681, from FFL 1, a licensed firearms dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, defendant did aid and abet another person to knowingly make a false and fictitious statement to FFL 1, which statement was intended to deceive FFL 1, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44

of Title 18, in that an unindicted co-conspirator represented she was the actual buyer of said firearms.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT 8**
**(False Statement During Purchase of a Firearm)**
**(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)**

On or about January 6, 2024, in the District of Oregon, defendant **BRANDON PINTO-RUIZ,** in connection with the acquisition of firearms, to-wit: a Glock 17, serial number XSX539 and a Glock 19, serial number SVY033, from FFL 1, a licensed firearms dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, defendant did aid and abet another person to knowingly make a false and fictitious statement to FFL 1, which statement was intended to deceive FFL 1, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that an unindicted co-conspirator represented she was the actual buyer of said firearms.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT 9**
**(Bank Fraud)**
**(18 U.S.C. § 1344(2))**

OnPoint Credit Union is a "financial institution" as defined in 18 U.S.C. § 20.

On or about October 7, 2023 to October 11, 2023, in the District of Oregon, defendant **BRANDON PINTO-RUIZ** knowingly and with the intent to deceive and obtain property held by OnPoint Credit Union, executed a scheme to obtain the money, funds, or other property owned by or under the control of OnPoint Credit Union, by means of materially false or fraudulent pretenses, representations or promises, to wit: defendant **BRANDON PINTO-RUIZ** deposited eight fraudulent checks into accounts at OnPoint Credit Union and obtained $16,000.

In violation of Title 18, United Staes Code, Section 1344(2).

## FORFEITURE ALLEGATIONS

Upon conviction of the offense in Count 1 through 8, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) or upon conviction of the offense in Count 9, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(2)(A-B), the firearms involved in the offense(s), including without limitation:

- a Glock 26, serial number BBGE565;
- a Glock 21, serial number AHEF918;
- a Glock 17, serial number GCT399;
- a Glock 22, serial number G143679;
- a Glock 17, serial number BACH204;
- a Glock 30, serial number BCLR574;
- a Glock 19, serial number AHDH588;
- a Glock 23, serial number BZVH961;
- a Glock 21, serial number AHMZ778;
- a Glock 29, serial number FDW556;
- a Smith & Wesson 380 Body Guard, serial number ECE6387;
- a Glock 19, serial number BYUM681;
- a Glock 17, serial number XSX539 and
- a Glock 19, serial number SVY033

Dated: October 15, 2025

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

LEWIS S. BURKHART, OSB #08278
Assistant United States Attorney